UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARIO LAMAR BRADLEY                                                          PLAINTIFF

V.                                     No. 2:20-CV-00063-JTR

PATRICIA SNYDER, Jail Administrator,
Arkansas County; and TODD WRIGHT,
Sheriff, Arkansas County Jail                                                DEFENDANTS

# ORDER[1]

On March 25, 2020, Plaintiff Mario Lamar Bradley ("Bradley"), a pre-trial detainee incarcerated in the Arkansas County Detention Center ("ACDC"), initiated this *pro se* § 1983 action alleging Defendants violated his constitutional rights. *Docs. 1 & 2.* Bradley later filed an Amended Complaint (*Doc. 6*), and after screening his pleadings, the Court allowed him to proceed with his inadequate medical care and inhumane conditions of confinement claims against Defendants Jail Administrator Patricia Snyder and Sheriff Todd Wright (*Doc. 7*).

On March 23, 2021, an Order mailed to Bradley at the ACDC, his address of record, was returned to the Court as undeliverable, with the notation "Unable to Forward." *Doc. 19.* On March 31, 2021, the Court entered an Order directing Bradley to file a notice of his current mailing address with the Court within 30 days.

---

[1] On February 12, 2021, United States District Judge Lee P. Rudofsky referred this case to the undersigned to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. *Doc. 16.*

*Doc. 20.* Importantly, this Order warned Bradley that if he did not timely and properly respond, his case would be dismissed, without prejudice, for failure to prosecute pursuant to Local Rule 5.5(c)(2).[2] *Id.* As of the date of this Order, Bradley has not filed a response to the Court's Order, and the time to do so has expired.[3]

IT IS THEREFORE ORDERED THAT:

1. This case is dismissed, without prejudice, due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

2. Defendants' Motion for Summary Judgment (*Doc. 22)* is DENIED as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal from this Order is not taken in good faith.

IT IS SO ORDERED this 6th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court had previously notified Bradley of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3.*

[3] Bradley's last communication with the Court was on or about February 2, 2021. *See* Doc. 16.