UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARIO LAMAR BRADLEY                                              PLAINTIFF

V.                           No. 2:20-CV-00063-JTR

PATRICIA SNYDER, Jail Administrator,
Arkansas County; and TODD WRIGHT,
Sheriff, Arkansas County Jail                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Mario Lamar Bradley's case is dismissed, without prejudice.

Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any in forma pauperis appeal of this Judgment or the accompanying Order is not taken in good faith.

DATED this 6th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE